**No. 49005.**—Protest 985341–G of W. X. Huber Co. (Los Angeles).

Opinion by TILSON, J.   At the trial a sample of the merchandise was admitted as exhibit 1, and counsel for plaintiff conceded that the so-called hem or edge was done by hand, and stated, "There is no question of machine work involved here at all."   Such evidence as was presented was found not sufficient to establish that the handkerchiefs are not, in fact, made with hand-rolled or hand-made hems. The protest was therefore overruled.

**No. 49006.**—Protests 84000–K, etc., of Strauss Bros. & Co. (New York).

Opinion by TILSON, J.   The record showed that certain of the pincushions or emeries are in chief value of cotton having a staple of less than 1⅛ inches in length and are similar to those involved in Abstract 48406.   They were therefore held dutiable at 40 percent under paragraph 923, as claimed.   Other items consist of pincushions or emeries made or cut from velvet pile fabrics composed in chief value of cotton having a staple of less than 1⅛ inches in length and similar to those involved in said Abstract 48406 except that the items in question are made or cut from velvet pile fabric.   The record in said abstract was admitted in evidence. In accordance therewith the last-mentioned items were held dutiable at 62½ percent under paragraph 909, as claimed.

**No. 49007.**—Protests 92172–K, etc., of Alfred H. Porter (New York).

Opinion by KINCHELOE, J.   In accordance with stipulation of counsel showing the weight of said paper tubes, and following *Perseverance Import Corp.* v. *United States* (T. D. 49290), it was held that the additional duty is only assessable on the actual net weight of the long-staple cotton contained in the articles and not upon the weight of the paper tubes or other non-cotton substances contained therein.   The protests were sustained to this extent.

BEFORE THE THIRD DIVISION, DECEMBER 1, 1943

**No. 49008.**—Protest 100018–K of J. Morris & Co. (New York).

Opinion by CLINE, J.   When the case was called for trial there was no appearance on the part of the plaintiff.   An examination of the record failed to disclose any evidence in support of plaintiff's claim.   The protest was therefore overruled.